# United States District Court

## WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER J. HAYDO

v.

MICHAEL J. ASTRUE, Commissioner
 of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5335FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. §405(g).  Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of 9/25/08.


  September 29, 2008          BRUCE RIFKIN
Date                                            Clerk


                                                    s/CM Gonzalez
                                               Deputy Clerk