UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER J. HAYDO, | ) |
| | ) CIVIL NO. 08-5335 FDB |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, |
| vs. | ) COSTS AND EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come on regularly before Court upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,639.91 and expenses of $48.64 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Elie Halpern.

DATED this 24th day of October, 2008

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055