# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER J. HAYDO

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: 08-5335 FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff is hereby awarded EAJA fees of $4,639.91 and expenses of $48.64 pursuant to 28 U.S.C. §2412 and costs $350.00 as set out at 28 U.S.C. §1920.

| October 28, 2008 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | *s/J.L. Patton* |
| | Deputy Clerk |